IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL CASE NO. |
| v. | |
| | 1:13-cr-79-01-JEC-ECS |
| MARQUEZ HOLMES, | |
| Defendant. | |

**ORDER**

This case is before the Court on the Magistrate Judge's Report and Recommendation [48] recommending accepting defendant's plea of guilty tendered on May 30, 2014. No objections to the Report and Recommendation [48] have been filed.

IT IS HEREBY ORDERED that the Court **ADOPTS** the Magistrate Judge's Report and Recommendation [48] and **ACCEPTS** the defendant's plea of guilty as to Counts Eleven and Twelve of the Indictment.

SO ORDERED this 17th day of July, 2014.

/s/ Julie E. Carnes
JULIE E. CARNES
CHIEF U.S. DISTRICT JUDGE

AO 72A
(Rev.8/82)